# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SALENA KAY HARDIE,

    Plaintiff(s),

v.

MELVIN LACKEY, et al.,

    Defendant(s).

Case No. 2:25-cv-00581-NJK

**ORDER**

This case involves alleged events in White Pine County, Nevada. *E.g.*, Docket No. 1 at ¶ 1. White Pine County is within the unofficial Northern Division of the Court. Local Rule IA 1-6. As such, this matter is properly transferred to the unofficial Northern Division. *See* Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the Northern Division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: May 21, 2025

                                              Nancy J. Koppe
                                              United States Magistrate Judge