```
*
BRENT L. RYMAN, ESQ. (#008648)
PAUL M. BERTONE, ESQ. (#004533)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
(775) 786-3930
```
*Attorneys for Defendants White Pine County*
*Sheriff's Office and Officer Lackey*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SELENA KAY HARDIE,<br><br>          Plaintiff,<br><br>vs.<br><br>WHITE PINE COUNTY SHERIFF'S OFFICE, a Political Subdivision of the State of Nevada; CORRECTIONS OFFICER LACKEY and DOE CORRECTIONS OFFICERS I-X, Individually and in their official capacities; DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>          Defendants.<br>_____ / | Case No.: 3:25-cv-00248-CSD<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING DISPOSITION OF MOTION TO DISMISS (ECF No. 15)**<br>*(First Request)* |

COMES NOW, Defendants, WHITE PINE COUNTY SHERIFF'S OFFICE, and CORRECTIONS OFFICER LACKEY (the "White Pine County Defendants"), by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., BRENT L. RYMAN, ESQ., and PAUL M. BERTONE, ESQ., and Plaintiff, SELENA KAY HARDIE, by and through her Attorneys of Record, JUSTICE LAW CENTER, and BRET O. WHIPPLE, ESQ., and hereby stipulate and agree that discovery and all related deadlines in

1  this litigation shall be stayed pending disposition of Defendants' Motion to
2  Dismiss (ECF No. 15), which is fully briefed and before the Court for decision. Based on
3  the arguments presented with Defendants' Motion (ECF No. 15) and Plaintiff's Opposition
4  Briefing (ECF Nos. 21 and 23), the parties believe good cause exists for this request.
5  Discovery has not yet begun in this case, and the "court has wide discretion in controlling
6  discovery." *Jeff D. v. Otter*, 643 F.3d 278, 289 (9th Cir. 2011) (*quoting, Little v. City of*
7  *Seattle*, 863 F.2d 681, 685 (9th Cir. 1988)).

8       The parties submit that this stipulation made pursuant to LR IA 6-1 and 6-2 and
9  LR 26-3, is supported by good cause, and is not made for the purposes of undue delay.
10 Counsel for the parties has met to discuss all of the issues directed by the Court's Order
11 Setting Case Management Conference (ECF No. 17), and will address this matter both at that
12 Case Management Conference on September 12, 2025, and in their Joint Case Management
13 Conference Report to be filed next week. In the meantime, the parties wished to have this
14 stipulation on record for the Court's consideration.

15      DATED this 6th day of September, 2025.

16                     ERICKSON, THORPE & SWAINSTON, LTD.

18                     /s/ *Brent Ryman*
                    BRENT L. RYMAN, ESQ. (#008648)
19                     ERICKSON, THORPE & SWAINSTON, LTD.
                    1885 South Arlington Ave., Suite 205
20                     Reno, Nevada 89509
                    (775) 786-3930
21                     *Attorneys for the White Pine County Defendants*

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

DATED this 6th day of September, 2025.

JUSTICE LAW CENTER

         */s/ Bret Whipple*
BRET O. WHIPPLE, ESQ. (#006168)
JUSTICE LAW CENTER
1100 S. Tenth St.
Las Vegas, NV 89104
(702) 731-0000
*Attorneys for Plaintiff*

The Case Management Conference set for Friday, September 12, 2025, at 9:00 a.m. is VACATED.

IT IS SO ORDERED.

DATED: September 5, 2025.

_____
UNITED STATES MAGISTRATE JUDGE