**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tsteinberg@maclaw.com
   Attorneys for Defendant Melvin Lackey

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENA KAY HARDIE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada; WHITE PINE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; CORRECTIONS OFFICER LACKEY, an individual; and DOE CORRECTIONS OFFICERS I-X, Individually and their official capacities; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-00248-CSD<br><br>SUBSTITUTION OF COUNSEL FOR DEFENDANT CORRECTIONS OFFICER MELVIN LACKEY |

/ / /

Page 1

# SUBSTITUTION OF COUNSEL FOR DEFENDANT CORRECTIONS OFFICER MELVIN LACKEY

The law firm of Marquis Aurbach is hereby substituted as counsel of record for Defendant, Corrections Officer Melvin Lackey, in the above-entitled action, in place and instead of Erickson, Thorpe, & Swainston, Ltd.

Dated this 9/23/2025 day of September, 2025.

_____
Melvin Lackey

I hereby CONSENT to the above and foregoing substitution.

Dated this 9/24/2025 day of September, 2025.

ERICKSON, THORPE, & SWAINSTON, LTD.

By _____
Brent L. Ryman, Esq.
Nevada Bar No. 8648
Paul M. Bertone, Esq.
Nevada Bar No. 4533
1885 South Arlington Avenue, Suite 205
Reno, NV 89509

I hereby ACCEPT the above and foregoing substitution as attorney for Defendant Corrections Officer Melvin Lackey, in the above-entitled action.

Dated this 9/23/2025 day of September, 2025.

MARQUIS AURBACH

By _____
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney(s) for Defendant Lackey

IT IS SO ORDERED.

DATED: September 26, 2025.

_____
Craig S. Denney
United States Magistrate Judge