**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha J. Nakagawa, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tnakagawa@maclaw.com
  *Attorneys for Defendant Melvin Lackey*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENA KAY HARDIE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WHITE PINE COUNTY, a political subdivision of the State of Nevada; CORRECTIONS OFFICER MELVIN LACKEY and DOE CORRECTIONS OFFICERS I-X, individually and their official capacities; and DOES I-X, inclusive; and ROES I-X, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-00248-CSD<br><br><br>ORDER GRANTING<br>STIPULATION TO STAY |

## STIPULATION TO STAY PROCEEDINGS PENDING OUTCOME OF RELATED CRIMINAL PROCEEDINGS

### (First Request)

Plaintiff Selena Kay Hardie ("Plaintiff"), by and through her counsel of record, Justice Law Center, and Defendants Melvin Lackey ("Lackey"), by and through his counsel of record, Marquis Aurbach, and White Pine County, by and through its counsel of record, B. Ryman Law, PLLC, hereby stipulate as follows:

1.    Plaintiff filed her Complaint in the United States District Court, District of Nevada on March 29, 2025. (ECF No. 1).

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2.   On July 31, 2025, White Pine County and Lackey filed a Motion to Dismiss. (ECF No. 15).

3.   On August 28, 2025, Plaintiff filed an Opposition to Defendants' Motion to Dismiss. (ECF No. 23).

4.   On September 3, 2025, White Pine County and Lackey filed a Reply in Support of the Motion to Dismiss. (ECF No. 24).

5.   On September 10, 2025, the Court entered an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. (ECF No. 27).

6.   On September 24, 2025, Marquis Aurbach substituted in as counsel for Lackey. (ECF No. 29)

7.   On October 1, 2025, Plaintiff filed her First Amended Complaint. (ECF No. 31).

8.   On October 21, 2025, both White Pine County and Lackey filed an Answer to the First Amended Complaint. (ECF Nos. 34 and 36).

9.   The Court entered an Order establishing the Scheduling Order and related discovery deadlines on October 30, 2025. (ECF No. 40).

10.  Lackey is currently facing simultaneous allegations of civil and criminal liability. Criminal charges against Lackey have been filed on behalf of the State of Nevada on January 21, 2026 in Justice Court of Ely, Township No. One, White Pine County, Nevada, case number 26-CR-000147K.

11.  Based on the foregoing, the Parties request that this Court temporarily suspend this civil action until adjudication of Lackey's criminal proceedings, with the desire to conserve the resources of the Court and the Parties' own resources while the criminal proceedings remain pending.

12.  The Parties hereby agree and stipulate, and respectfully request that this Honorable Court order this matter be stayed until Lackey's criminal proceedings have concluded.

/ / /

/ / /

13.    This Stipulation is made in good faith, is not sought for the purpose of unwarranted delay, and is intended to conserve the resources of the Court and the Parties while the criminal proceedings are underway.

IT IS SO STIPULATED.

Dated this 6th day of February, 2026.    Dated this 5th day of February, 2026.

**MARQUIS AURBACH**    **JUSTICE LAW CENTER**

/s/ *Tabetha J. Nakagawa*    /s/ *Bret O. Whipple*
Brian R. Hardy, Esq.    Bret O. Whipple, Esq.
Nevada Bar No. 10068    Nevada Bar No. 6168
Tabetha J. Nakagawa, Esq.    1100 S. Tenth Street
Nevada Bar No. 16756    Las Vegas, Nevada 89104
10001 Park Run Drive    civil@justice-law-center.com
Las Vegas, Nevada 89145    *Attorney for Plaintiff*
bhardy@maclaw.com
tnakagawa@maclaw.com
    *Attorneys for Defendant Melvin Lackey*

Dated this 5th day of February, 2026.

**B. RYMAN LAW, PLLC**

/s/ *Brent L. Ryman*
Brent L. Ryman, Esq.
Nevada Bar No. 8648
P.O. Box 1751
Reno, Nevada 89505
brymanlawpllc@gmail.com
    *Attorneys for Defendant White Pine County*

/ / /

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## ORDER

Good cause appearing, the foregoing Stipulation (ECF No. 43) is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: February 6, 2026 _____